# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM JONES,<br><br>          Plaintiff,<br><br>     v.<br><br>S. SHERMAN, et al.,<br><br>          Defendants. | Case No. 1:16-cv-01378-BAM-PC<br><br>ORDER STRIKING COMPLAINT FOR FAILURE TO SIGN AND GRANTING PLAINTIFF THIRTY DAYS TO FILE A SIGNED COMPLAINT |

Plaintiff is a state prisoner proceeding pro se and in forma pauperis pursuant to 42 U.S.C. § 1983. Currently before the Court is Plaintiff's complaint, filed September 19, 2016.

Plaintiff's complaint lacks any signature. Both the Federal Rules of Civil Procedure and this Court's Local Rules require that all filed pleadings, motions and papers be signed by at least one attorney of record or by the party personally if the party is unrepresented. Fed. R. Civ. P. 11(a); Local Rule 131(b). Since Plaintiff's complaint is unsigned, the Court must strike it from the record. Plaintiff will be permitted thirty (30) days to file a signed complaint that complies with Federal Rules of Civil Procedure and the Local Rules.

Plaintiff is advised that his signed complaint supersedes the original complaint, Forsyth v. Humana, Inc., 114 F.3d 1467, 1474 (9th Cir. 1997); King v. Atiyeh, 814 F.2d 565, 567 (9th Cir. 1987), and must be "complete in and of itself without reference to the prior or superseded pleading," Local Rule 220.

1

Based on the foregoing, it is HEREBY ORDERED that:

1. Plaintiff's complaint, filed September 19, 2016, is STRICKEN for failure to sign the complaint in violation of Fed. R. Civ. P. 11 and Local Rule 131(b);

2. The Clerk's Office shall send to Plaintiff a civil rights complaint form;

3. Within **thirty (30) days** from the date of service of this order, Plaintiff shall file a signed complaint; and

4. If Plaintiff fails to file a signed complaint in compliance with this order, the Court will recommend that this action be dismissed, with prejudice, for failure to prosecute and to obey a court order.

IT IS SO ORDERED.

Dated:   **September 30, 2016**           /s/ *Barbara A. McAuliffe*  
                                          UNITED STATES MAGISTRATE JUDGE